ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX TORRES, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOARD OF GOVERNORS OF THE STATE BAR OF CALIFORNIA, et al.,<br><br>    Defendants. | SA<br>Case No. CV 08-01270 GW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for the reasons set forth in the Court's related Order.

Dated: December 8, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 10 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY